(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Jerry Dewanye Alexander Sr.

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

BMW of North America, LLC - Audi of America, LLC - Ford Motors Service Company - Porshe Cars North America, Inc. - General Motors Company - Volvo Car USA, LLC

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

Civ. Action No. 22-1488
(To be assigned by Clerk's Office)

**COMPLAINT**
(Pro Se)

Jury Demand?
☑ Yes
☐ No

FILED 2022 NOV 14 PM 4:20 CLERK US DISTRICT COURT DISTRICT OF DELAWARE

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page **1** of **8**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: __Alexander Serry D__
Name (Last, First, MI)

__1497 Estill St.__
Street Address

__Shelby Memphis__  __TN__  __38109__
County, City      State   Zip Code

__901-730-1364__       __alexanderinventions@gmail.com__
Telephone Number      E-mail Address (if available)

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __BMW of North America, LLC,__
Name (Last, First)

__Corporation Trust Center 1209 Orange St.__
Street Address

__New Castle Wilmington   DE__   __19801__
County, City        State   Zip Code

Defendant 2: __Audi of America, LLC__
Name (Last, First)

__251 Little Falls Drive__
Street Address

__New Castle Wilmington   DE__   __19808__
County, City        State   Zip Code

Page **2** of **8**

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3:  Ford Motors Service Company
Name (Last, First)

Corporation Trust Center 1209 Orange St.
Street Address

New Castle Wilmington   DE   19801
County, City                State      Zip Code

Defendant 4:  Porsche Cars North America, Inc.
Name (Last, First)

CT Corporation 1209 Orange St
Street Address

Wilmington   DE   19801
County, City                State      Zip Code

## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

This is an action arising under the patent laws of the United States, 35 U.S.C. § 1 et seq. Accordingly, this court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a)

(Del. Rev. 11/14) Pro Se Genmeral Ciomplaint Form

## Defendant(s) Continued

Defendant 5: _General Motors Company_

      Name (Last, First)

      _251 Little Falls Drive_

      Street Address

      _New Castle Wilmington  DE   19808_

      County, City     State     Zip Code

Defendant 6: _Volvo Car USA, LLC._

      Name (Last, First)

      _Corporation Trust Center 1209 Orange St_

      Street Address

      _New Castle Wilmington  DE   19801_

      County, City     State     Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

## III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Under 28 U.S.C. §1400(b), venue is proper in this judicial district at least because each Defendant is incorporated in this district and therefore "resides" in this district.

## IV. STATEMENT OF CLAIM

Place(s) of occurrence: Across the US, Mexico and Canada

Date(s) of occurrence: 2/2/2018

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

[What happened to you?]

The technology described and claimed in the 861 Patent was developed by Plaintiff Jerry Alexander on his own and for used on the ability to provide laminate film technology on and between glass windshield layers to deliver LED and other light capabilities within

Page **4** of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

automobiles for viewing purposes. Plaintiff Jerry Alexander filed for patent protection for his laminate film development on July 16, 2006 and was granted his issued patent on January 11, 2011. Claim 2 of the 861 patent reads as follows: "A device for the display of information from the glass portion or other transparent portion of a vehicle, said device including a power console, a keyboard, and a laminate material applied to a vehicle portion selected from a glass portion and a film applied to a glass portion, wherein said laminate material includes a light emitting material therein arranged to provide a display of letters, designs and any combination thereof, upon activation of said power console, wherein said display of letters, designs, and any combination thereof are arranged through the control of said keyboard, and wherein said laminate material may be placed on any location on said vehicle that includes a glass portion thereof." ↑ SEE Exhibit A

> Was anyone else involved?

HUD systems within vehicles include, as devices, a glass portion or other transparent portion of a vehicle, a power console, a keyboard, and a laminate material applied to a vehicle portion selected from a glass portion and a film applied to a glass portion. Furthermore, such HUD systems include light emitting materials arranged to provide a display upon activation of said power console and through control of said keyboard. Thus, HUD systems including said laminate material placed on a glass portion thereof reads on the claim elements of the 861 patent. Each of said listed Defendants has incorporated a laminate material-based HUD system within automobiles

Page **5** of **8**

(Del. Rev. 11/14) Pro Se General Complaint Form

vehicle products manufactured and sold thereby currently and previously.

The '861 Patent has been in full force and effect since its issuance.

Plaintiff Jerry Alexander is informed and believes, and thereon alleges, that Defendants BMW, Audi, Ford Motor Company, Porsche, General Motors and Volvo Motors have infringed and will continue to infringe one or more claims of the '861 Patent in violation of 35 U.S.C. § 271, by among other things, making, using, offering to sell, and/or selling within the United States, supplying or causing to be supplied in or from the United States, and/or importing into the United States, without authority or license, vehicle devices including such HUD systems ("accused vehicles")

**Who did what?**

On information and belief, Plaintiff Jerry Alexander understands that BMW has, in the past, and currently, incorporated HUD systems within X3, and X4 model vehicles, at least.

On information and belief, Plaintiff Jerry Alexander understands that Audi has, in the past, and currently, incorporated HUD systems within A4 model vehicles, at least.

On information and belief, Plaintiff Jerry Alexander understands that Ford Motor Company has, in the past, and currently, incorporated HUD systems within F150 model vehicles, at least.

(Del. Rev 11/14) Pro So General Complaint Form

## Continued FACTS

On information and belief Plaintiff Serry Alexander understands that Porsche has, in the past and currently, incorporated HUD systems within Cayenne model vehicles, at least.

On information and belief, Plaintiff Serry Alexander understands that General Motors has, in the past, and currently, incorporated HUD systems within Acadia, Sierra, Terrain, Yukon, Chevrolet Camaro, Chevrolet Corvette, Chevrolet Silverado, Suburban and Chevrolet Tahoe model vehicles, at least.

On information and belief, Plaintiff Serry Alexander understands that Volvo Motors has, in the past, and currently, incorporated HUD systems within S90, V90 Cross Country, XC60 and XC90 model vehicles, at least.

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Plaintiff Jerry Alexander is informed and believes, and thereon alleges, that each of the listed Defendants has infringed upon '861 Patent by, for example, controlling the design and manufacture of, offering for sale, selling, supplying, and otherwise providing instruction and guidance regarding the above-described accused vehicle products with the knowledge and specific intent to encourage and facilitate infringing uses of HUD systems therein by its customers both inside and outside the United States. As such, since each Defendant has incorporated the infringing HUD systems within accused vehicle products, each is liable, upon information and belief;

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $ Two Billion Dollars ← see Exhibit B

☑ Other (explain):

WHEREFORE, Plaintiff Jerry Alexander prays for judgment against Defendants BMW, Audi, Ford Motor Company, Porsche, General Motors and Volvo Motors as follows:
A. That Defendants have infringed, and unless enjoined, will continue to infringe, the '861 Patent;
B. That Defendants pay Plaintiff Jerry Alexander damages adequate to compensate Plaintiff for Defendants' infringement of the '861 Patent, together with interest and costs under 35 U.S.C. § 284;

(Del. Rev 11/14) Pro So General Complaint Form

## V. INJURIES

for patent infringement of the '861 patent. As a result of Defendants' infringement of the '861 patent, Plaintiff Jerry Alexander has been damaged and is entitled to recover for damages sustained as a result wrongful acts in an amount subject to proof at trial.

cont. of page 7 of 8

(Del. Rev 11/14) Pro So General Complaint Form

## VI. RELIEF

C. That Defendants be ordered to pay prejudgment and postjudgment interest on the damages assessed;

D. That Defendants be ordered to pay supplemental damages to Plaintiff Serry Alexander, including interest, with an accounting as appropriate;

E. That Defendants be enjoined from infringing the '861 Patent, or if their collective infringement is not enjoined, that Defendants be ordered to pay ongoing royalties to Plaintiff Serry Alexander for any postjudgment infringement of the '861 Patent; and

F. That Plaintiff Serry Alexander be awarded such other and further relief as this Court deems just and proper.

cont. of page 7 of 8

(Del. Rev. 11/14) Pro Se General Complaint Form

### VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

11/14/2022
Dated

*Alexyo Deconder*
Plaintiff's Signature

Alexander Serry D
Printed Name (Last, First, MI)

1497 Estill St.
Address

Memphis
City

TN
State

38109
Zip Code

901-730-1364
Telephone Number

alexanderinventions@gmail.com
E-mail Address (if available)

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**