# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY DEWANYE ALEXANDER, SR., <br><br> Plaintiff, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, et al., <br><br> Defendants. | C.A. No. 22-1488-CFC <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT AUDI OF AMERICA, LLC'S MOTION TO DISMISS

Defendant Audi of America, LLC hereby respectfully moves the Court to dismiss Plaintiff's complaint (D.I. 1) for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the accompanying opening brief filed contemporaneously herewith.

1

| | |
|---|---|
| Dated: December 5, 2022 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | */s/ Brian R. Lemon*<br>Brian R. Lemon (#4730) |
| Gerald F. Ivey<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001-4413<br>(202) 408-4000<br>gerald.ivey@finnegan.com | Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>blemon@mccarter.com<br>ajoyce@mccarter.com |
| Elliot C. Cook<br>Alexander M. Boyer<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>1875 Explorer Street, Ste. 800<br>Reston, VA 20190-5675<br>(571) 203-2700<br>elliot.cook@finnegan.com<br>alexander.boyer@finnegan.com | *Counsel for Defendant*<br>*Audi of America, LLC* |