# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY D. ALEXANDER, SR,<br><br>    Plaintiff;<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC; AUDI OF AMERICA, LLC; FORD MOTORS SERVICE CO.; PORSCHE CARS NORTH AMERICA, INC.; GENERAL MOTORS CO.; VOLVO CAR USA, LLC,<br><br>    Defendants. | C.A. No. 22-1488-CFC<br><br>**DEMAND FOR JURY TRIAL** |

### DEFENDANT BMW OF NORTH AMERICA, LLC'S
### MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)
### OR TO SEVER UNDER FED. R. CIV. P. 21

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant BMW of North America, LLC ("BMW NA"), respectfully moves to dismiss Plaintiff Jerry D. Alexander, SR's ("Alexander" or "Plaintiff") complaint for failure to state a claim against BMW NA. In the alternative, BMW NA also respectfully moves to sever under Fed. R. Civ. P. 21 because it has been misjoined in this action contrary to 35 U.S.C. § 299. The grounds for this motion are set forth in BMW NA's opening brief, filed herewith.

| | |
|---|---|
| Dated: December 5, 2022 | **DLA PIPER LLP (US)**<br><br>*/s/ Brian A. Biggs*<br>Brian A. Biggs (DE Bar No. 5591)<br>Matthew S. Middleton (DE Bar No. 6877)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 468-5700<br>brian.biggs@us.dlapiper.com<br>matthew.middleton@us.dlapiper.com<br><br>*Attorneys for Defendant BMW of North America, LLC.* |