# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JERRY DEWANYE ALEXANDER, SR., <br><br> Plaintiff, <br><br> v. <br><br> BMW OF NORTH AMERICA, LLC, et al., <br><br> Defendants. | C.A. No. 22-1488-CFC <br><br> **JURY TRIAL DEMANDED** |

## WORD COUNT CERTIFICATION

The undersigned counsel hereby certifies that Defendant Audi of America, LLC's Opening Brief In Support of its Motion to Dismiss was prepared in 14-point Times New Roman font, and contains 3,713 words (excluding the caption, title, signature blocks, tables of contents and authorities, and figures), which were counted by Brian R. Lemon using the word count feature in Microsoft Word.

| | |
|---|---|
| Dated: December 5, 2022 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | */s/ Brian R. Lemon*<br>Brian R. Lemon (#4730) |
| Gerald F. Ivey<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001-4413<br>(202) 408-4000 | Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>blemon@mccarter.com<br>ajoyce@mccarter.com |
| Elliot C. Cook<br>Alexander M. Boyer<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>1875 Explorer Street, Ste. 800<br>Reston, VA 20190-5675<br>(571) 203-2700 | *Counsel for Defendant*<br>*Audi of America, LLC* |