## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on December 5, 2022 on the following counsel in the manner indicated below.

### **VIA EMAIL & FEDEX**

Jerry Dewanye Alexander, Sr.
1497 Estill St.
Shelby Memphis, TN 38109
(901)730-1364
alexanderinventions@gmail.com

*Pro Se Plaintiff*

Dated: December 5, 2022

*/s/ Brian R. Lemon*
Brian R. Lemon (#4730)